# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONALD WASHINGTON

VERSUS

CHARLES HUMPHREYS AND USAA
CASUALTY INSURANCE COMPANY

NO. 2020 CW 0434

**JULY 29, 2020**

---

In Re:   Houston Specialty Insurance Company, applying for
         supervisory writs, 17th Judicial District Court,
         Parish of Lafourche, No. 123845.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**JEW**

   **Holdridge, J.,** concurs and would deny the writ.


   **McClendon, J.,** dissents and would direct the Clerk of this
court to issue a Notice of Briefing Schedule as required by
La. Code Civ. P. art. 966(H) to counsel of record.

COURT OF APPEAL, FIRST CIRCUIT

a.Smل

---
DEPUTY CLERK OF COURT
   FOR THE COURT